JS - 6

Jeffrey L. Cutler (State Bar No.100639)
Krista Taylor (State Bar No. 254256)
WOHLNER KAPLON PHILLIPS
YOUNG & CUTLER
A Professional Corporation
15456 Ventura Boulevard, Suite 500
Sherman Oaks, California 91403
Telephone: (818) 501-8030
Fax: (818) 501-5306
jcutler@wkpyc.com
ktaylor@wkpyc.com

Attorneys for Plaintiffs Boards of Trustees of the Southern California Floor Covering Pension Trust Fund, etc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### (Western Division)

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA FLOOR COVERING PENSION TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING HEALTH AND WELFARE TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING APPRENTICESHIP AND TRAINING TRUST FUND, SOUTHERN CALIFORNIA FLOOR COVERING VACATION AND HOLIDAY TRUST FUND; CONTRACT ADMINISTRATION TRUST FUND; PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION FUND; AND PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 36 ON BEHALF OF THE RESILIENT FLOOR AND DECORATIVE FLOOR COVERING LOCAL UNION 1247,<br><br>Plaintiffs,<br><br>v.<br><br>RAYMOND WILLIAM MARCH, an individual, dba THREE BROTHERS CARPETS,<br><br>Defendant. | CASE NO. CV-08-00853 R (JWJx)<br><br>Hon. Manuel L. Real<br><br>**JUDGMENT**<br><br>[Fed. R. Civ. P. 55(b)(2)]<br><br>JS - 6<br><br>Date: January 5, 2009<br>Time: 10:00 a.m.<br>Courtroom: 8 |

/ / /

3

1    The above-entitled matter came before the Honorable Manuel L. Real, Judge presiding in Courtroom 8 of the above-entitled Court, pursuant to the Motion of Plaintiffs, the Board of Trustees of the Southern California Floor Covering Pension Trust Fund, Southern California Floor Covering Health and Welfare Trust Fund, Southern California Floor Covering Apprenticeship and Training Trust Fund, Southern California Floor Covering Vacation and Holiday Trust Fund, Contract Administration Trust Fund, Painters and Allied Trades Labor Management Cooperation Fund, and Painters and Allied Trades District Council No. 36 on behalf of the Resilient Floor and Decorative Floor Covering Local Union 1247, to enter Default Judgment. The Court found that this matter was appropriate for decision without oral argument, pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15. The Court having considered said Motion, and all other papers filed in this matter, and good cause appearing therein:

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Board of Trustees of the Southern California Floor Covering Pension Trust Fund, Southern California Floor Covering Health and Welfare Trust Fund, Southern California Floor Covering Apprenticeship and Training Trust Fund, Southern California Floor Covering Vacation and Holiday Trust Fund, Contract Administration Trust Fund, Painters and Allied Trades Labor Management Cooperation Fund, and Painters and Allied Trades District Council No. 36 on behalf of the Resilient Floor and Decorative Floor Covering Local Union 1247 shall have judgment against Defendant Raymond William March, an individual doing business as Three Brothers Carpet ("Three Brothers"), as follows:

    Defendant Three Brothers is hereby ordered to:

    A.    Pay all unpaid trust fund contributions for the time period of June 1, 2003 to May 31, 2007 in the amount of $36,462.60.

   B. Interest on the unpaid trust fund contributions at ten percent (10%) per annum for the amount of $10,729.45.

   C. Liquidated damages of twenty percent (20%) of the unpaid trust fund contributions in the amount of $7,292.52.

   D. Pay all unpaid Union dues for employees in the sum of $4,478.62.

   E. Costs of the audit in the amount of $562.50.

   F. Attorneys' fees incurred in resolving all delinquencies in the amount of $11,433.50.

   G. Costs of the suit incurred in the amount of $413.99 and other fees or costs as fixed by the Court incurred in bringing this action.

DATED: December 23, 2008   _____
             Hon. Manuel L. Real
             UNITED STATES DISTRICT JUDGE

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

  I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address and place of employment is 15456 Ventura Boulevard, Suite 500, Sherman Oaks, California 91403.

  On the date set forth below, I served the document described as **[PROPOSED] JUDGMENT** on the interested parties in this action as follows:

[ ]  by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as  follows:

    Raymond William March
    Three Brothers Carpet
    14835 Van Ness Avenue
    Gardena, CA 90249

[X] (BY MAIL) [ ] I deposited such envelopes in the mail at Sherman Oaks, California. The envelope was mailed with postage thereon fully prepaid.

[X] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[ ] (BY PERSONAL SERVICE), I delivered such envelopes by hand to the office(s) of the addressee(s).

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL), I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

  Executed on November ___, 2008 at Sherman Oaks, California.

              _____
              HELEN FLAX